# SUPREME COURT OF ARKANSAS

No. CR-99-126

| | | |
|---|---|---|
| CHARLES GREEN | | **Opinion Delivered** September 14, 2017 |
| | PETITIONER | |
| | | PRO SE MOTION FOR TRIAL |
| V. | | TRANSCRIPT UNDER |
| | | ARKANSAS RULE OF APPELLATE |
| STATE OF ARKANSAS | | PROCEDURE–CRIMINAL 19 |
| | RESPONDENT | [MISSISSIPPI COUNTY CIRCUIT |
| | | COURT, CHICKASAWBA |
| | | DISTRICT, NO. 47BCR-97-86] |
| | | |
| | | <u>RESPONSE ORDERED</u>. |

**COURTNEY HUDSON GOODSON, Associate Justice**

Petitioner Charles Green requests that he be provided with a copy of his trial record filed on appeal. No response has been filed to Green's motion under Arkansas Rule of Appellate Procedure–Criminal 19 (2016), and we therefore direct Thomas A. Young, who represented Green on appeal, to provide a response in accord with this opinion.

The Arkansas Court of Appeals affirmed a judgment reflecting petitioner Green's conviction on a charge of first-degree murder. *Green v. State*, CR-99-126 (Ark. App. Sept. 8, 1999) (unpublished) (original docket number CACR99-126). Green, who asserts that he is indigent, filed his motion for transcript in which he requests a copy of the trial record under Rule 19. In the motion, he indicates that he has requested a copy of the transcript and record from three attorneys who represented him and that he served those three attorneys with notice of the motion.

Young is one of the three attorneys whom Green indicates he served, and he is listed on the docket for the court of appeals as the attorney who filed the record on appeal and represented Green throughout the appeal. *See* Ark. R. App. P.–Crim. 19(b). Young must respond even if he believes the motion has no merit, and Rule 19 makes counsel's response mandatory. *Geatches v. State*, 2016 Ark. 452, at 4, 505 S.W.3d 691, 693. Accordingly, we direct Young to file the response required by Rule 19. He must state (1) whether he has the requested copy in his possession; (2) whether, if so, the copy is paper or some other format; (3) whether the copy was provided to his client. *See* Ark. R. App. P.–Crim. 19(b). If Young's response states that he has a copy in his possession, but he has not provided it to his client, then the response must also either commit to provide the requested documents or provide good cause for the failure to do so. *See* Ark. R. App. P.–Crim. 19. Young's response must be received within ten days of this opinion. After we have received Young's response, we will address Green's request that he be provided a copy of the transcript at State expense.

Response ordered.